AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ALVARO NEGRETE-CHAGOLLA,

    Petitioner.

          **v.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:26-cv-93

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order entered February 6, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_February 6, 2026_
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020